OSCAR J. MARTINEZ
1062 Lucot Way
Campbell, CA 95008
(408) 395-5400

Defendant In Pro Se

**FILED**

NOV 0 3 2011

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

OSCAR J. MARTINEZ,

    Debtor.

ANDY SIU,

    Plaintiff,

VS.

OSCAR J. MARTINEZ,

    Defendant.

Case No. 08-57266-ASW-7

Adversary No. 09-05063

DECLARATION REGARDING MISUSE OF SUBPOENAS BY PLAINTIFF'S ATTORNEY(S)

TRIAL UNDERWAY
Judge: Hon. Arthur S. Weissbrodt

1. It appears from additional "exhibits" I just received that Plaintiff's attorney(s) obtained documents from the Bank of America concerning not only accounts associated with me but also a partnership involving only my children. Evidently, the attorney(s) tricked the Bank of America into handing over documents instead of sending them to court (as required by a trial subpoena).

I declare under penalty of perjury that foregoing is true and correct. Executed on November 2, 2011 in Santa Clara County, California.

                     Oscar J. Martinez - Defendant In Pro Se